

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

YUVAL RUBINSTEIN
*Assistant Corporation Counsel*
Phone: (212) 356-2467
Fax: (212) 356-2439
yrubinst@law.nyc.gov

November 21, 2016

**By ECF**

Honorable Roanne L. Mann
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  Reed v. Department of Education of the City of New York, et al.
           15 Civ. 6209 (JBW)(RLM)

Dear Judge Mann:

      I am the Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, assigned to represent defendants the Department of Education of the City of New York and the Board of Education of the City School District of the City of New York ("defendants") in this action. Pursuant to the Court's November 16, 2016 Order, I write to respectfully inform the Court that the parties have conferred, and believe it may be beneficial to participate in a settlement conference with the Court in advance of motion practice.

      We thank the Court for its attention to this matter.

      Respectfully submitted,

      /s/

      Yuval Rubinstein
      Assistant Corporation Counsel

cc:    Stewart Lee Karlin (via ECF)