ROANNE L. MANN  DATE: Jan. 5, 2017
UNITED STATES MAGISTRATE JUDGE  START: 10:55 a.m.
 END: 12:30 pm

DOCKET NO: 15-CV-6209 (JBW)
CASE: Reed v. Dept. of Education of the City of NY, et al.

☐ INITIAL CONFERENCE ☐ OTHER/ORDER TO SHOW CAUSE
☐ DISCOVERY CONFERENCE ☐ FINAL/PRETRIAL CONFERENCE
☑ SETTLEMENT CONFERENCE ☐ TELEPHONE CONFERENCE
☐ MOTION HEARING ☐ INFANT COMPROMISE HEARING

| PLAINTIFF | ATTORNEY |
|---|---|
| | Stewart Karlin |
| | w/ plaintiff + |
| | her father (Shelly Reed) |

| DEFENDANT | ATTORNEY |
|---|---|
| | Yuval Rubinstein |
| | w/ Neil Bronderberg |
| | (of DOE) |

☐ _____ DISCOVERY TO BE COMPLETED BY _____
☐ NEXT _____ CONFERENCE SCHEDULED FOR _____
☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
☐ PL. TO SERVE DEF. BY: _____ DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

The parties are directed to respond to the Court's settlement proposal by January 6, 2017.

If the case doesn't settle, defendants will move for summary judgment by January 27, 2017; plaintiff's response is due by March 10, 2017; defendants' reply is due by March 24, 2017.