UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LISA REED,

                    Plaintiff,                    **ORDER**

                 -against-                    15-CV-6209 (JBW)

DEPARTMENT OF EDUCATION OF THE
CITY OF NEW YORK et al.,

                    **Defendants.**
------------------------------------------------------------x

**ROANNE L. MANN, CHIEF UNITED STATES MAGISTRATE JUDGE:**

      The parties have informed this Court that they have accepted its settlement proposal. They are directed to file a Stipulation of Discontinuance with the Clerk of the Court via ECF no later than **February 6, 2017**.

      The Clerk is directed to docket and serve this Order via ECF.

      SO ORDERED.

Dated:     Brooklyn, New York
             January 6, 2017

                                  /s/ *Roanne L. Mann*
                                  **ROANNE L. MANN**
                                  **CHIEF UNITED STATES MAGISTRATE JUDGE**