UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

LISA REED,

                Plaintiff,                      ORDER

    -against-                          15-CV-6209 (JBW)

DEPARTMENT OF EDUCATION OF THE
CITY OF NEW YORK et al.,

                Defendants.

-----------------------------------------------------------------x

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 1 2 2017 ★
**BROOKLYN OFFICE**

**ROANNE L. MANN, CHIEF UNITED STATES MAGISTRATE JUDGE:**

    The parties have informed this Court that they have accepted its settlement proposal.

They are directed to file a Stipulation of Discontinuance with the Clerk of the Court via ECF

no later than **February 6, 2017**.

    The Clerk is directed to docket and serve this Order via ECF.

        **SO ORDERED.**

Dated:    Brooklyn, New York
            January 6, 2017

                                      /s/ Roanne L. Mann
                                      ROANNE L. MANN
                                      CHIEF UNITED STATES MAGISTRATE JUDGE

*[Handwritten note:]* Close the case
So ordered
Jack B Weinstein
1/9/17